824

UNITED STATES of America,
Plaintiff–Appellee

v.

Rogelio CORONADO–RODRIGUEZ,
Defendant–Appellant.

No. 08–10876
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

June 16, 2009.

Amanda R. Burch, U.S. Attorney's Office, Northern District of Texas, Lubbock, TX, for Plaintiff–Appellee.

David E. Sloan, Federal Public Defender's Office, Northern District of Texas, Lubbock, TX, for Defendant–Appellant.

Before SMITH, BENAVIDES, and HAYNES, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Rogelio Coronado–Rodriguez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Coronado–Rodriguez has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein,

and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.